FILED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8404 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Anastacio GOMEZ-Sanchez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about May 10, 2008, within the Southern District of California, defendant Anastacio GOMEZ-Sanchez did knowingly and intentionally import approximately 45.4 kilograms (99.88 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Paul Lewenthal, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH DAY OF MAY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Paul Lewenthal, declare under penalty of perjury, the following is true and correct:

On May 10, 2008, Anastacio GOMEZ-Sanchez entered the United States through the Calexico, California West Port of Entry. GOMEZ was the driver and sole occupant of a 1991 Mazda MPV bearing California license plates 5BTM807. U.S. Customs and Border Protection Officers discovered 45.4 kilograms (99.88 pounds) of marijuana concealed within a false floor board of the vehicle. One package was probed by CBP Officer Tarin, revealing a green leafy substance, which tested positive for marijuana.

GOMEZ was arrested in violation of Title 21 United States Code 952, Importation of a Controlled Substance. GOMEZ acknowledged and waived his Miranda Rights. GOMEZ acknowledged the presence of the marijuana within the vehicle stating he was going to be paid $2,000 for crossing the marijuana-laden vehicle into the United States. GOMEZ was processed and transported to the Imperial County Jail to await an initial appearance before a U.S. Magistrate Judge.

Executed on May 10, 2008 at 1400 HRS

Paul Lewenthal, Special Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page (s), I find probable cause to believe that the defendant (s) named in this probable cause statement committed the offense on May 10, 2008 in violation of Title 21, United States Code, Section 952 and 960.

Cathy A. Bencivengo, U.S. Magistrate Judge

5/10/08 @ 2:22 pm

TOTAL P.01