UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANASTACIO GOMEZ-SANCHEZ,<br><br>          Defendant. | )<br>)<br>) Case No. 08mj8404<br>)<br>)<br>)<br>)<br>)<br>) |

          Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

          United States Attorney's Office
          880 Front Street
          San Diego, CA  92101


Dated:  May 27, 2008                              /s/ John C. Ellis, Jr.
                                                  JOHN C. ELLIS, JR.
                                                  Federal Defenders
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  john_ellis@fd.org